EPSTEIN BECKER & GREEN, P.C.
One Gateway Center, 13th Floor
Newark, New Jersey 07102-5311
(973) 642-1900
Attorneys for Defendants
Bed Bath & Beyond Inc.,
Derek Scott and Ray Novak

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Document Electronically Filed |
| CHYANNE SMITH,<br><br>     Plaintiff,<br><br>*vs.*<br><br>BED BATH & BEYOND, INC., DEREK SCOTT, individually, and RAY NOVAK, individually,<br><br>     Defendants. | Civil Action No. 17-cv-02240<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification and recusal, the undersigned attorney of record for Defendant Bed Bath & Beyond Inc. certifies that it is a publicly held corporation; that it has no parent corporation; and that there are no publicly held corporations that own 10% or more of its stock.

Dated: May 19, 2017    */s/ Denise Merna Dadika*
               **Denise Merna Dadika**
               ddadika@ebglaw.com
               **EPSTEIN BECKER & GREEN, P.C.**
               One Gateway Center
               Newark, New Jersey 07102
               Phone: (973) 642-1900
               Fax: (973) 642-0099