UNITED STATES DISTRICT COURT
SOUTHANN DISTRICT OF NEW YORK
---------------------------------------------

CHYANNE SMITH,

                                            Plaintiff,

                -against-

BED BATH & BEYOND, INC., *et al.*,

                                         Defendants.

17cv2240

SCHEDULING ORDER

---------------------------------------------

WILLIAM H. PAULEY III, District Judge:

        The parties having appeared for an initial pre-trial conference on June 23, 2017, the Court adopts the following schedule on consent:

1. The parties shall disclose any experts by January 31, 2018.

2. The parties shall complete fact discovery by March 16, 2018.

3. The parties shall complete expert discovery by April 30, 2018.

4. The parties shall file a joint pre-trial order by May 31, 2018.

5. The parties shall appear for a final pre-trial conference on June 15, 2018 at 10:00 a.m.

Dated: June 23, 2017
       New York, New York

                                            SO ORDERED:

                                            _____
                                            WILLIAM H. PAULEY III
                                                   U.S.D.J.