EPSTEIN BECKER & GREEN, P.C.
Jeremy M. Brown, Esq.
Attorney No. 046951995
One Gateway Center, 13th Floor
Newark, New Jersey 07102-5003
(973) 642-1900
Attorneys for Defendants
Bed Bath & Beyond Inc., Derek Scott and Ray Novak

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHYANNE SMITH, <br><br> Plaintiff, <br><br> -vs- <br><br> BED BATH & BEYOND INC., DEREK SCOTT, individually, and RAY NOVAK, individually, <br><br> Defendants. | Civil Action No. 17-cv-02240 <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

THE MATTER in dispute between Plaintiff, Chyanne Smith, and Defendants, Bed Bath & Beyond Inc., Derek Scott, and Ray Novak, having been fully settled and adjusted between them;

IT IS hereby stipulated and agreed by the parties that the above-entitled action be dismissed with prejudice, and without rights of appeal. Each party will bear its own costs and fees.

THE HARMAN FIRM, LLP
Attorneys for Plaintiff

By: _____
Edgar M. Rivera
DATED: 7/12/17

EPSTEIN BECKER & GREEN, P.C.
Attorneys for Defendants

By: _____
Jeremy M. Brown
DATED: 7/12/17

Dated: August 17, 2017
New York, NY

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.